# United States District Court
# For The Western District of North Carolina
# Asheville Division

JAMES EARL BEAVERS and
BEVERLY SUE BEAVERS,
    Plaintiff(s),

JUDGMENT IN A CIVIL CASE

vs.

1:12cv120

KATHRYN KENEALLY, et al.,,

    Defendant(s).


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 06/05/2012 Memorandum of Decision and Order.

Signed: June 5, 2012

Frank G. Johns, Clerk
United States District Court